UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO J. CASTELLANOS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:20–cv–2196–KJN PS<br><br>ORDER TO SHOW CAUSE<br><br>(ECF No. 3) |

On November 5, 2020, the court granted plaintiff's motion to proceed in forma pauperis, and the Clerk of Court served plaintiff by mail with the court's IFP order, the summons, and a USM-285 form. (ECF Nos. 3, 4; Docket Text Entry Nov. 5, 2020.) The court's November 5, 2020 order stated that "[w]ithin 14 days from the date of this order, Plaintiff shall submit to the United States Marshal . . . an original and five copies of the completed summons, five copies of the complaint, five copies of the scheduling order,[1] and a completed USM-285 form, *and shall file a statement with the Court that such documents have been submitted to the United States Marshal.*" (ECF No. 3 at 2.) The United States Marshal was directed to then serve all process

---

[1] No scheduling order has yet been issued, as the case is presently stayed pursuant to General Order No. 615. Therefore, plaintiff need not provide to the Marshal copies of the non-existent scheduling order.

within 60 days. (Id.)

Although more than 14 days have passed, plaintiff has failed to file a statement with the court indicating that the required documents were submitted to the United States Marshal. Furthermore, the Commissioner has not yet appeared in the action. This strongly suggests that plaintiff failed to submit the process documents to the United States Marshal in compliance with the court's order.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall either:

    a. Submit the required documents to the USM <u>and file a statement with the court confirming their submission</u>; or

    b. If plaintiff concludes he does not wish to pursue the action at this juncture, he may instead file a notice of voluntary dismissal of the action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

2. Failure to respond to this order to show cause by the required deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 2, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast.2196

2