UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMILIO J. CASTELLANOS,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendant. | No.  2:20–cv–2196–KJN PS<br><br>FINAL NOTICE<br><br>ORDER TO SHOW CAUSE |

   Plaintiff's motion for summary judgment in this social security case is now nearly one month overdue.  Out of an abundance of caution, and in light of plaintiff's self-represented status, the court issues this final order to show cause why the case should not be dismissed for failure to prosecute.

   On August 5, 2021, the Commissioner of the Social Security Administration filed the administrative transcript for this case, along with an answer to plaintiff's complaint regarding the denial of disability benefits.[1]  (ECF Nos. 11, 12.)  On August 9, 2021, the court lifted the stay previously in place under General Order No. 615 and issued the scheduling order setting the

---

[1] Plaintiff is representing himself in this social security case, and the action was referred to the undersigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15) & (21).  Both parties consented to proceed before a United States Magistrate Judge for all purposes.  (ECF Nos. 9, 15.)

1

parties' briefing deadlines.  (ECF No. 13.)  Plaintiff's motion for summary judgment was due within 45 days of the scheduling order's issuance, which was September 23, 2021.  (<u>Id.</u> at 1.)  Having received no motion by plaintiff, the court on September 28, 2021, issued an order to show cause giving plaintiff 14 days to file a motion for summary judgment (or to request a further extension) and explained what such a motion must contain.  (ECF No. 16.)  That extended deadline passed, and still no motion was received from plaintiff.

The court would be justified in dismissing this case immediately under Federal Rule of Civil Procedure 41(b), but in light of plaintiff's self-represented status and the court's desire to resolve the action on the merits (especially after the Commissioner already went to the expense of preparing the administrative transcript, ECF No. 12), the court gives plaintiff one final chance to prosecute his case.  <u>If plaintiff does not respond to this order to show cause **within 14 days**, this case will be dismissed with prejudice.</u>

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall show cause in writing why this action should not be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(b) based on plaintiff's failure to comply with the court's orders and failure to prosecute this case;

2. In order to satisfy this order to show cause, **within 14 days** of the date of this order, plaintiff shall file either:

   a. A motion for summary judgment with an opening brief in support, or
   b. A request for a further extension of time, showing good cause for the request; and

3. Failure to respond to this order to show cause by the required deadline will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  October 19, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cast.2196